The State ex rel. W. G. .Taylor Co. vs. Elliott.

THE STATE EX REL. W. G. TAYLOR COMPANY vs. ELLIOTT,
Circuit Judge.

| | |
|---|---|
| 108 | 163 |
| 116 | 255 |
| d116 | 256 |

*October 30 — November 16, 1900.*

Mandamus: *Vacation of order: Change of venue.*

*Mandamus* to compel a circuit judge to vacate an order changing the
venue of an action is denied, complete and direct relief being ob-
tainable, if relator is entitled to it, upon *certiorari.*

MOTION for an alternative writ of *mandamus.* Denied.
*F. H. Remington,* for the relator.

DODGE, J.    Application for alternative writ of *mandamus*
commanding the circuit judge of Milwaukee county to set
aside and vacate an order entered by that court changing
the venue of a certain action. The relief sought is prop-
erly obtainable, if at all, on *certiorari.* Existence of an

order made contrary to law is the only claimed infringement of relator's rights, and the only relief he seeks is the extinguishment of that order. The judgment upon *certiorari* is either affirmance or reversal of such order; and the latter, if relator is entitled to it, is complete and direct relief. Counsel has apparently been misled as to his remedy by the fact that a command to vacate certain orders was included in the *mandamus* issued in *State ex rel. Fourth Nat. Bank v. Johnson,* 105 Wis. 164. But in that proceeding the principal relief sought and granted was a mandate to enter certain specified orders, and the vacation of others was merely ancillary and to enable the commanded order to take effect. For these reasons the motion for an alternative writ of *mandamus* is denied.

*By the Court.*— So ordered.